# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| David H. Jones, | Civil No. 11-1408 (RHK/TNL) |
| Plaintiff, | |
| vs. | |
| Matthew McLean, Michael Fossum, Joseph Ogren, and Dallas Williams (all sued in their individual Capacities), and City of Minneapolis, City of Richfield and City of St. Louis Park, | |
| Defendants. | |

Pursuant to the Stipulation of Dismissal (Doc. No. 32), **IT IS ORDERED** that the above-entitled action against Defendants Matthew McLean, Michael Fossum, Joseph Ogren and Dallas Williams is **DISMISSED WITH PREJUDICE** on its merits, and without costs, attorney's fees or disbursements to any party.

**LET JUDGMENT BE ENERED ACCORDINGLY**.

Dated: March 29, 2012

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
