## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

David H. Jones,  Civil No. 11-1408 (RHK/TNL)

          Plaintiff,

vs.

Matthew McLean, Michael Fossum,
Joseph Ogren, and Dallas
Williams (all sued in their individual
Capacities), and City of Minneapolis,
City of Richfield and City of St.
Louis Park,

          Defendants.

---

Pursuant to the Stipulation of Dismissal (Doc. No. 32), **IT IS ORDERED** that the above-entitled action against Defendants Matthew McLean, Michael Fossum, Joseph Ogren and Dallas Williams is **DISMISSED WITH PREJUDICE** on its merits, and without costs, attorney's fees or disbursements to any party.

**LET JUDGMENT BE ENERED ACCORDINGLY**.

Dated: March 29, 2012

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge