## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

David H. Jones,                                                Civil No. 11-1408 (RHK/TNL)

          Plaintiff,

vs.

Matthew McLean, Michael Fossum,
Joseph Ogren, and Dallas Williams
(all sued in their individual capacities),
and City of Minneapolis, City of Richfield
and City of St. Louis Park,

          Defendants.

---

Pursuant to the Stipulation (Doc. No. 33), **IT IS ORDERED** that the settlement of this action for One Dollar ($1.00) and other good and valuable consideration, is approved and, as a result, the above-entitled action is **DISMISSED WITH PREJUDICE**, on its merits and without costs or disbursements to any party.  All claims against Defendants Matthew McLean, Michael Fossum, Joseph Ogren and Dallas Williams, in their individual and official capacities, were previously dismissed for zero dollars with prejudice.

**LET JUDGMENT BE ENERED ACCORDINGLY**.

Dated:  March 29, 2012

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge